ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

**FILED**
**JUL 27 2009**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **DENNIS WAYNE STEWART** | Case No. 6:09-bk-20940-PC |
| **COLETTE MARIE STEWART** | **TRUSTEE'S REPORT** |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is $ **4,772.00** per month.

Spouse/other net income is $ **500.00** per month.

Debtor's Budget shows $ **266.00** disposable income.

Debtor proposed to pay $ ***222.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **9.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

*****PLAN PAYMENT IS $222.00 FOR MONTHS 1-40 OF THE PLAN AND $440.00 PER MONTH THEREAFTER. THE DEBTORS SHALL PROVIDE AN AMENDED STATEMENT OF FINANCIAL AFFAIRS TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. GROSS ANNUAL INCOME OVER $85,000.00 IS PLEDGED TO PLAN LESS APPLICABLE TAXES. THE DEBTORS' PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTORS RESERVE THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Dated: July 6, 2009

_____
Rod Danielson, Chapter 13 Trustee

**ORIGINAL**