Rod Danielson, Chapter 13 Standing Trustee
4361 Latham Street, Suite 270, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:09-bk-20940-PC  AS OF 4/1/2010**

DENNIS WAYNE STEWART
COLETTE MARIE STEWART
32338 SAINT MARTIN STREET
WINCHESTER, CA  92596-9059

CURRENT CASE DISPOSITION:
ACTIVE

| | |
|---|---|
| FILING DATE: | 05/21/2009 |
| 1ST MEETING DATE: | 07/01/2009 |
| CONFIRMATION DATE: | 07/01/2009 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 9.00 |
| MONTHLY PLAN PMT AMT: | $222.00 |
| GROSS RECEIPTS: | $3,503.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $2,772.26 |
| FEES PAID TO ATTY: | $0.00 |
| FEES PAID TO TRUSTEE: | $280.90 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $449.84 |

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/22/2010 | $222.00 | 04/2010 | $0.00 |
| 03/12/2010 | $4.00 | 03/2010 | $1,505.00 |
| 03/12/2010 | $1,279.00 | 02/2010 | $222.00 |
| 02/22/2010 | $222.00 | 01/2010 | $222.00 |
| 01/20/2010 | $222.00 | 12/2009 | $222.00 |
| 12/22/2009 | $222.00 | 11/2009 | $222.00 |
| 11/20/2009 | $222.00 | 10/2009 | $222.00 |
| 10/21/2009 | $222.00 | 09/2009 | $222.00 |
| 09/21/2009 | $222.00 | 08/2009 | $222.00 |
| 08/21/2009 | $222.00 | 07/2009 | $444.00 |
| 07/20/2009 | $244.00 | 06/2009 | $0.00 |
| 07/07/2009 | $200.00 | 05/2009 | $0.00 |

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | DOAN LAW FIRM, LLP | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | FIA CARD SERVICES | UNSECURED | 0.00 | $8,142.00 | $8,793.77 | $176.89 | $0.00 | $614.55 |
| 0002 | Bank Of America | UNSECURED | 0.00 | $4,672.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | Capital 1 Bank | UNSECURED | 0.00 | $2,287.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | Citi Financial Mortgage | UNSECURED | 0.00 | $10,396.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | LVNV FUNDING LLC | UNSECURED | 0.00 | $3,294.00 | $3,735.99 | $75.15 | $0.00 | $261.09 |
| 0006 | Citifinancial | UNSECURED | 0.00 | $10,243.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $1,337.00 | $1,274.82 | $25.64 | $0.00 | $89.09 |
| 0008 | SAN DIEGO COUNTY CRED | UNSECURED | 0.00 | $6,424.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $857.00 | $1,081.47 | $21.75 | $0.00 | $75.58 |
| 0010 | VONS EMPLOYEES FED CR | UNSECURED | 0.00 | $5,587.00 | $6,151.10 | $123.73 | $0.00 | $429.87 |
| 0011 | VONS EMPLOYEES FED CR | UNSECURED | 0.00 | $1,658.00 | $1,658.11 | $33.36 | $0.00 | $115.87 |
| 0012 | VONS EMPLOYEES FED CR | UNSECURED | 0.00 | $239.00 | $263.47 | $0.00 | $0.00 | $23.71 |
| 0013 | Everhome Mortgage Co | SECURED | 0.00 | $339,238.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | HSBC MORTGAGE SERVICES INC | UNSECURED | 0.00 | $120,450.00 | $115,129.84 | $2,315.74 | $0.00 | $8,045.95 |
| 0015 | Wachovia Dealer Services | SECURED | 0.00 | $8,413.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED*:    $9,655.71**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.